**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FRANCES KEENE

v.

WORKERS' COMPENSATION APPEAL
BOARD (OGDEN CORPORATION)

PETITION OF: OGDEN CORPORATION

: No. 478 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**. The Petition for Supersedeas is also **DENIED**.